1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel
3  DANIEL P. TALBERT
4  Special Assistant United States Attorney
           Social Security Administration
5          160 Spear Street, Suite 800
           San Francisco, CA 94105
6          Telephone: (415) 977-8926
           Facsimile: (415) 977-8873
7
8  Attorneys for Defendant

9
10                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
11                           SACRAMENTO DIVISION

12
13 SYLVIA ESCAMILLA,                )   CASE NO. 1:12-CV-00994-DLB
                                    )
14         Plaintiff,                )   STIPULATION AND ORDER FOR
   vs.                              )   DISMISSAL
15                                  )
16 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
17         Defendant.                )
                                    )
18                                  )
19                                  )
                                    )
20                                  )
21 _____  )

1  Pursuant to Fed. R. Civ. P. 41(a)(2), the parties hereby stipulate that this matter shall be
2  dismissed without prejudice, each party to bear its own fees, costs, and expenses.

Respectfully submitted,

DATED: November 5, 2012

*s/ Cyrus Safa*
CYRUS SAFA
(as authorized by email)

Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

DATE: November 5, 2012      By      *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **November 6, 2012**            /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

Stip & Order to Dismiss            1