BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SYLVIA ESCAMILLA, | CASE NO. 1:12-CV-00994-DLB |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties hereby stipulate that this matter shall be dismissed without prejudice, each party to bear its own fees, costs, and expenses.

Respectfully submitted,

DATED: November 5, 2012

*s/ Cyrus Safa*
CYRUS SAFA
(as authorized by email)

Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

DATE: November 5, 2012      By   *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated: **November 6, 2012**         /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

Stip & Order to Dismiss                1